UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD WATTERS,<br><br>　　　　　　　　Defendant. | Case No. CR22-159 JHC<br><br>DETENTION ORDER |

Mr. Watters is charged with possession of a controlled substance with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i). The Court held a detention hearing on September 29, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).
2. The presumption has been rebutted.
3. Mr. Watters poses a risk of nonappearance based on pending charges with active warrants, a history of failure to appear, and criminal activity while under court

DETENTION ORDER - 1

authority and noncompliance with conditions set by the court.

4. Mr. Watters poses a risk of danger based on the nature of the instant offense including underlying homicide allegations.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Watters' appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the Court finds there are no condition or combination of conditions will reasonably assure the appearance of Mr. Watters as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Watters shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Watters shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Watters is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>30th</u> day of September, 2022.

                                        MICHELLE L. PETERSON
                                      United States Magistrate Judge

DETENTION ORDER - 3