UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-159-JHC |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL EXHIBIT A |
| DONALD WATTERS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of the defendant to file Exhibit A to Defense Reply to Government's Sentencing Memorandum under seal. Dkt. # 39. The motion is unopposed. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit A be filed under seal.

DATED this 20th day of October, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL EXHIBIT A
(*U.S. v. Watters,* CR22-159-JHC) - 1